## In the matter of WAGER.

Upon the execution of a commission in the nature of a writ *de lunatico inqui-*
*rendo,* it is the duty of the sheriff to select and summon the jurors ; and it
is improper and irregular for the commissioners to dictate to him what
persons are to be summoned.

A COMMISSION having been issued in this case to enquire February 1.
whether Wager was incapable of managing his property
and affairs by reason of habitual drunkenness, the commis-
sioners selected and made out a list of the jurors, whom they
directed the sheriff to summon ; and, for this reason, a mo-
tion was made to set aside the injunction.

*G. R. Davis,* for Wager.

*R. Hayner,* for the petitioners.

The CHANCELLOR decided that it was the duty of the
sheriff, in such cases, to select and summon such jurors as he
thought proper, and who were indifferent in relation to the
matter ; that the commissioners were only authorized to
decide upon the validity of challenges to jurors so selected ;
and that it was irregular and improper for them to dictate
to the sheriff what jurors should be summoned in the first
instance. For this irregularity, the proceedings were or-
dered to be set aside ; and a new commission was directed
to be issued.